# THE STATE OF NEW HAMPSHIRE

## SUPREME COURT

**In Case No. 2018-0712, <u>Earl Toothaker v. Country Brook Kennels & a.</u>, the court on September 13, 2019, issued the following order:**

Having considered the brief, the memorandum of law, and the record submitted on appeal, we conclude that oral argument is unnecessary in this case. <u>See</u> <u>Sup. Ct. R.</u> 18(1). We affirm.

The plaintiff, Earl Toothaker, appeals an order of the Circuit Court (<u>Gardner</u>, J.) denying his petition seeking a writ of replevin against the defendants, Country Brook Kennels and Bonnie O'Shea. We construe his brief to contend that: (1) the trial court did not allow him to object; (2) the judge's name differed from that on the name plaque on the bench; (3) the trial court did not read all the documents submitted; (4) the trial court was upset with the case; and (5) the defendant kennel was not licensed to board cats.

The plaintiff, as the appealing party, has the burden on appeal to provide a record that is sufficient to decide the issues he is raising and to demonstrate that he raised those issues in the trial court. <u>Bean v. Red Oak Prop. Mgmt.</u>, 151 N.H. 248, 250 (2004); <u>see</u> <u>Dist. Div. R.</u> 3.11(E)(1) (stating, if trial court's decision addresses matters not previously raised, party must identify any alleged errors concerning those matters in motion for reconsideration to preserve issue for appeal). Absent a transcript, we assume the evidence was sufficient to support the result reached by the trial court, <u>Bean</u>, 151 N.H. at 250, and review its order for errors of law only, <u>see</u> <u>Atwood v. Owens</u>, 142 N.H. 396, 397 (1997).

In this case, the plaintiff has failed to provide a transcript of the hearing before the trial court. Accordingly, we assume that the evidence was sufficient to support the trial court's determination, <u>Bean</u>, 151 N.H. at 250, and find no errors of law in the trial court's order, <u>see</u> <u>Atwood</u>, 142 N.H. at 397.

<u>Affirmed</u>.

Hicks, Bassett, Hantz Marconi, and Donovan, JJ., concurred.

**Eileen Fox,
Clerk**
